UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., a minor, by and through his mother and Guardian Ad Litem, BRIDGETT M. MCCULLOUGH, J.L., a minor, by and through his Guardian Ad Litem, ANTOINETTE EDMONDS, and EZELL ANDERSON, JR. d/b/a Mom's Choice Meats, and Put Meat On The Table (PMOTT),<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES OF AMERICA; TOM VILSACK, Secretary, United States Department of Agriculture; KEVIN CONCANNO, Undersecretary for Food, Nutrition and Consumer Services, United States Department of Agriculture; JOCELYN KEH, Section Chief, Supplemental Nutrition Assistance Program, Food and Nutrition Service, United States Department of Agriculture, and their successors in office,<br><br>    Defendants. | No.  No. 2:16-cv-1476-KJM-EFB PS<br><br>ORDER |

On December 21, 2016, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff Anderson filed objections on January 9, 2017, and they were considered by the undersigned.

1      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2 court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the
3 findings and recommendations to be supported by the record and by the proper analysis.
4      Accordingly, IT IS ORDERED that:
5      1.  The Findings and Recommendations filed December 21, 2016, are ADOPTED; and
6      2.  Anderson's motion for a temporary restraining order is denied.
7 DATED:  February 6, 2017

_____
UNITED STATES DISTRICT JUDGE

2