UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. G., a minor, by and through his Guardian Ad Litem, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No.  2:16-cv-1476 JAM CKD PS<br><br><br>ORDER |

This action was filed June 29, 2016.  The case was reassigned to the undersigned on February 23, 2017.  ECF No. 14.

Two of the named plaintiffs in this action are minors.  A minor can only proceed if represented by counsel.  <u>Johns v. County of San Diego</u>, 114 F.3d 874 (9th Cir. 1997).  Plaintiffs will therefore be granted thirty days in which to obtain counsel for the minors.

Plaintiff Ezell Anderson has filed an application to proceed in forma pauperis.  The other named plaintiffs have not filed applications.  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a).  Although four of the five named plaintiffs have not filed in forma pauperis applications, the amount of plaintiff Ezell Anderson's monthly income ($2,498) shows that plaintiff Anderson is

1

able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigency. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

The United States Attorney's Office was served on December 22, 2016.  Defense counsel has requested an extension of time to file a responsive pleading.  Good cause appearing, that request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than March 31, 2017, plaintiffs shall obtain counsel for the named minor plaintiffs and file a substitution of attorneys.  Failure to obtain counsel will result in a recommendation this action be dismissed without prejudice as to the minor plaintiffs.

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied.

3. Defendants are granted an extension of time through and including April 28, 2017 to file a responsive pleading.

Dated:  February 23, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 jg-usa476.cuo