UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. G., a minor, by and through his Guardian Ad Litem, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | No.  2:16-cv1476 JAM CKD PS <br><br> FINDINGS AND RECOMMENDATIONS |

In this action, plaintiffs are proceeding in propria persona.  Two of the named plaintiffs in this action are minors.  A minor can only proceed if represented by counsel.  <u>Johns v. County of San Diego</u>, 114 F.3d 874 (9th Cir. 1997).  Plaintiffs were therefore directed to obtain counsel for the minor plaintiffs no later than March 31, 2017 and cautioned that failure to obtain counsel would result in a recommendation that the minor children be dismissed without prejudice.  Plaintiffs have failed to comply with the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that the minor plaintiffs, J.G. and J.L. be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned
2  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
3  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
4  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5  Dated:  April 5, 2017

*[signature]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8  4  jg-usa476.min