UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. G., a minor, by and through his Guardian Ad Litem, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant. | No. 2:16-cv-1476 JAM CKD PS<br><br><br>ORDER |

Before this court is plaintiff 's motion to recuse the undersigned (ECF No. 21.) Oral arguments were heard on June 14, 2017. Plaintiff represented himself and the government was represented by Alyson A. Berg. This order serves to memorialize the court's oral ruling.

Plaintiff argues that recusal is necessary based upon the undersigned's actions in related case, 2:14-cv-02307 JAM-CKD, in which judgment was entered against him.[1] Citing a report he found on the internet which he alleges corroborate his claims, plaintiff asserts that the undersigned has a pro-government bias and that he does not consent to her jurisdiction.[2] The

---

[1] Plaintiff has also requested that the district judge assigned to this case recuse himself (ECF No. 21), although that request remains pending.

[2] Although the plaintiff objects to the jurisdiction of the undersigned, pursuant to 28 U.S.C. § 636(c) and Eastern District Local Rule 302, the assigned magistrate judge is responsible for all pre-trial matters.

1

court concludes, however, that plaintiff has failed to present any valid basis for recusal under 28 U.S.C. § 455.

Accordingly, it is HEREBY ORDERED THAT:

1. Plaintiff's motion to recuse the undersigned (ECF No. 21) is DENIED.

Dated: June 14, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE